UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Nos. 1:02-CR-25 |
| vs. | ) | |
| | ) | |
| CHRISTY MORELOCK | ) | JUDGE EDGAR |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on February 4, 2010, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision of U.S. Probation Officer Anthony Green and the Warrant for Arrest issued by U.S. District Judge R. Allan Edgar. Those present for the hearing included:

(1) AUSA Terra Bay for the USA.
(2) The defendant CHRISTY MORELOCK.
(3) USPO Anthony Green.
(4) Attorney Mary Ellen Coleman for defendant.
(5) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and she qualified for the appointment of an attorney to represent her at government expense. Attorney Mary Ellen Coleman of Federal Defender Services was appointed to represent the defendant. It was determined the defendant had been provided with a copy of the Petition for Warrant for Offender Under Supervision and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. Coleman. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

AUSA Bay called USPO Anthony Green as a witness and moved that the defendant be detained pending the revocation hearing.

### Findings

(1) Based upon USPO Green's testimony, the undersigned finds there is probable cause to believe defendant has committed violations of her conditions of supervised release as alleged or set forth in the Petition.

1

(2) The defendant has not carried her burden under Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, that if released on bail she will not flee or will not pose a danger to the community.

## Conclusions

It is ORDERED:

(1) The motion of AUSA Bay that the defendant be DETAINED WITHOUT BAIL pending the revocation hearing before U.S. District Judge Curtis L. Collier is GRANTED.

(2) The U.S. Marshal shall transport CHRISTY MORELOCK to a revocation hearing before Judge Collier on **Thursday, March 4, 2010, at 9:00 am.**

ENTER.

Dated: February 5, 2010                    *s/William B. Mitchell Carter*
                                            UNITED STATES MAGISTRATE JUDGE